IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02106-WYD-MJW

LABNET, INC.,

Plaintiff(s),

v.

BRICTSON & COHN, and
STEFAN COHN,,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Defendants' Joint Motions for Extension of Time to File Answer (docket nos. 12 and 14) are both GRANTED. Defendants shall have up to and including November 28, 2008, to file their Answer.

Date: October 30, 2008