## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 08-cv-02106-WYD-MJW | FTR - Courtroom A-502 |
| **Date:** January 08, 2009 | Courtroom Deputy, Ellen E. Miller |
| LABNET, INC., | Kenneth R. Stettner |
| | Nathaniel B. Webb |
| Plaintiff(s), | |
| v. | |
| BRICTSON & COHN, and STEFAN COHN, | Timothy L. Brictson |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: TELEPHONIC CONFERENCE
**Court in Session:** 2:00 p.m.
Court calls case. Telephonic appearances of counsel.

The Court raises Defendants' Joint Motion for a Stay of All Proceedings... for oral argument. Arguments by Mr. Brictson and by Mr. Webb.

**It is ORDERED:** Defendants' JOINT MOTION FOR A STAY OF ALL PROCEEDINGS, OR IN THE ALTERNATIVE PROTECTIVE ORDER FROM ALL DISCOVERY, PENDING THE COURT'S RULING ON DEFENDANTS' JOINT MOTION TO DISMISS. [Docket No. 40, Filed January 06, 2009] is **DENIED** for reasons as set forth on the record.

**It is ORDERED:** The Rule 16(b) Scheduling Conference shall go forward as scheduled on Monday, **January 12, 2009** at **8:00 a.m.** Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Plaintiff's counsel Daniel A. Thomson's appearance is excused; all other attorneys representing this civil action shall appear in person.

Hearing concluded.
**Court in recess:** 2:20 p.m.
Total In-Court Time 00:20

*To order a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.